## Case No. 18,015.

### WOODWORTH v. FENNELL.

[Cited in Dustin v. Murray, Case No. 4,201. Nowhere reported; opinion not now accessible.]